IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DANNY DYKES, Individually and on**                          **PLAINTIFF**
**behalf of the Estate and Wrongful Death**
**Beneficiaries of James A. Dykes, Deceased**

**V.**                                                            **NO. 4:15-CV-76-DMB-JMV**

**CLEVELAND NURSING &**
**REHABILITATION CENTER; and**
**JOHN AND JANE DOE I–X**                                        **DEFENDANTS**

## ORDER

On March 2, 2018, Cleveland Nursing & Rehabilitation Center, LLC, filed a motion to exclude the expert reports of Kathleen O'Neill and Full Financials. Doc. #96. On March 29, 2018, United States Magistrate Judge Jane M. Virden issued an agreed order excluding the relevant reports as untimely. Doc. #101. In light of Judge Virden's order, Cleveland's motion to exclude [96] is **DENIED as moot**.

**SO ORDERED**, this 11th day of May, 2018.

                                                                /s/Debra M. Brown
                                                                 **UNITED STATES DISTRICT JUDGE**