**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DANNY DYKES, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE AND
WRONGFUL DEATH BENEFICIARIES
OF JAMES A. DYKES, DECEASED**                            **PLAINTIFFS**

**V.**                        **CIVIL ACTION NO. 4:15-cv-00076-DMB-JMV**

**CLEVELAND NURSING & REHABILITATION
CENTER and JOHN AND JANE DOES I-X**                  **DEFENDANTS**

---

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

---

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with Defendant's consent, Plaintiffs dismiss the following claims with prejudice:

1. Any claims or alleged damages related to hospitalizations before July 22, 2013;

2. Any claims or alleged damages, including medical bills, related to James Dykes' heel ulcers or amputations;

3. Any claims or alleged damages, including medical bills, related to any fall James Dykes experienced during his residency at Cleveland Nursing & Rehabilitation Center, LLC;

4. Any claims for economic damages related to medical costs or treatment provided and/or hospitalizations other than hospitalizations occurring on or between the following dates of service: May 18-24, 2014; May 31-June 10, 2014; June 14-20, 2014, July 1, 2014; July 6-31, 2014; August 1, 2014; August 5-6, 2014; August 20, 2014; and September 1-3, 2014. Although Plaintiffs may not recover damages for medical costs incurred during hospitalizations not identified in this paragraph, this stipulation does not preclude Plaintiffs from seeking to hold Defendant responsible for pressure sores identified during other hospitalizations.

Respectfully submitted, this 18th day of June, 2018:

                                       **DANNY DYKES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND WRONGFUL DEATH BENEFICIARIES OF JAMES A. DYKES, DECEASED**

By:   */s/ John F. Hawkins*
      John F. Hawkins
      HAWKINS GIBSON, PLLC
      628 North State Street
      Jackson, Mississippi 39201

<u>Of Counsel</u>:

R. Paul Williams, III
WILLIAMS NEWMAN WILLIAMS, PLLC
129B South President Street
Jackson, Mississippi 39201

Jason M. Kirschberg
GADOW TYLER, PLLC
511 E. Pearl Street
Jackson, Mississippi 39201

David Norquist
DAVID NORQUIST LAW OFFICE, PLLC
301C West Sunflower Road
Cleveland, Mississippi 38732

**Counsel for Plaintiffs**

                                       **AGREED:**

                                       */s/ Sterling Kidd*
                                       Bradley W. Smith
                                       D. Sterling Kidd
                                       BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
                                       Post Office Box 14167
                                       Jackson, Mississippi 39236-4167

                                       La'Verne Edney, Esquire
                                       BUTLER SNOW LLP
                                       Post Office Box 6010
                                       Ridgeland, Mississippi 39158-6010

                                       **Counsel for Defendant**